**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**JOSE ALBERTO HERNANDEZ TORRES**                     Case No.   **20-04991-MCF**

                              **Chapter 13**     Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

---

**I. Appearances**

| | | |
|---|---|---|
| **Debtor** | **[X] Present** | **[ ] Absent** |
| **Joint Debtor** | **[ ]Present** | **[ ] Absent** |
| **Attorney for Debtor** | **[X] Present** | **[ ] Absent** |
| **[ ]  Prose** | | |
| **[ ]  Appearing:** | | |

**Date & Time:**      1/27/2021  11:15:00AM

**[X] R       [ ] NR     LV:  0.0**

**[X] This is debtor(s) 2 Bankruptcy filing.**

**Creditors:**

Banco Popular de P.R. by Mr. Miguel Rivera

**II. Oath Administered**
          **[X] Yes                [ ] No**

---

**III. Plan**

**Date:    12/23/2020          Base:      $22,380.00    Payments 1 made out of  1 due.**

**Confirmation Hearing Date:      2/19/2021  1:30:00PM**

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**
      **$4,000.00    -  $228.00    =  $3,772.00**

---

**IV. Status of Meeting**

**[X] Closed        [ ] Not Held        [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

---

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[] MTD Already filed, see Docket:

[ ] Other:

**In re:**

**JOSE ALBERTO HERNANDEZ TORRES**

**Case No.   20-04991-MCF**

**Chapter 13**      **Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO***

---

(Cont.)

### Trustee's Report on Confirmation

**[X] FAVORABLE**

**[ ] UNFAVORABLE**

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| | [ ] State  -  years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [ ] Federal  -  years |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information | [ ] Monthly reports for the months |
| [ ] Evidence of being current with DSO | [ ] Public Liability Insurance |
| | [ ] Premises |
| [ ] Evidence of income | [ ] Vehicle(s): |
| | [ ] Licenses issued by: |

In re:

**JOSE ALBERTO HERNANDEZ TORRES**

Case No.    **20-04991-MCF**

**Chapter 13**        **Attorney Name:**    **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

**[ ] Objection to Confirmation**
**[ ] Oral objection by creditor**

**ID (State Id) SS ok, WS ok, SC278 2016-2019.**

**Nmar, Employment: (SSI and PAN)**

**Plan: 370 x 60 Base 22,380**

**G.U. 10%**

**ACP: 3**

**HH: 1**

**The following party(ies) object(s) confirmation:**

s/Elvis Cortes                                             **Date:**    **01/27/2021**

**Trustee/Presiding Officer**                                                **(Rev. 05/13)**